**Maria Isabel FERER, Plaintiff—
Appellant,**

v.

**Daniel Martin GARASIMOWICZ; John Doe 1; The Virginia State Police Department; John Doe 2, Defendants–Appellees.**

No. 13–2336.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 28, 2014.

Maria Isabel Ferer, Appellant Pro Se. Nicholas Foris Simopoulos, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maria Isabel Ferer appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ferrer v. Garasimowicz,* No. 1:13–cv–00797–LMB–IDD, 2013 WL 5428110 (E.D.Va. Sept. 27, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*